## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

RODERICK WHITE (#723682)

VERSUS

TIM HOOPER, ET AL.

CIVIL ACTION

22-385-SDD-RLB

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr., dated September 10, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the petitioner's application for habeas corpus relief is denied, and this proceeding is dismissed, with prejudice. If Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Signed in Baton Rouge, Louisiana, on this __26th__ day of September, 2024.

*[signature: Shelly D. Dick]*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 13.
[2] Rec. Doc. 14.